# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 25, 2023

## NO. 03-21-00239-CV

**Appellant Star Houston, Inc.//**
**Cross-Appellant,Volvo Cars of North America, LLC n/k/a Volvo Car USA, LLC**

**v.**

**Appellees, Volvo Cars of North America, LLC n/k/a Volvo Car USA, LLC, and Board**
**of The Texas Department of Motor Vehicles// Cross-Appellees, Star Houston, Inc.,**
**and Board of The Texas Department of Motor Vehicles**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the final order signed by the Motor Vehicle Board on October 12, 2020.

Having reviewed the record and the parties' arguments, the Court holds that there was no

reversible error in the order. Therefore, the Court affirms the Board's final order. Star Houston,

Inc. shall pay all costs relating to this appeal, both in this Court and in the court below.